Frederick W. Treshman, Respondent, Appellant, v. The State of New York, Appellant, Respondent. (Claim No. 24620.) — Cross-appeals are presented to this court from the Court of Claims, the State claiming the award for property taken to be excessive, and the claimant asserting that the award given to him is inadequate. There is only a question of fact involved, and the evidence fairly supports the judgment rendered by the Court of Claims. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

## Fourth Department, September, 1938.
### (September 21, 1938.)

In the Matter of the Application of Gertrude Andrews and Others, Doing Business under the Name and Style of Van Buren Point Co., Petitioners, v. J. Sherwood Dunham and Others, Constituting the Town Board of the Town of Portland, Chautauqua County, New York, Defendants.— Order of certiorari sustained on the law and the facts, determination of the defendants annulled, and certificate establishing a water district within the confines of the town of Portland, Chautauqua county, known as Van Buren Point Water District, canceled of record, without costs. All concur. (Certiorari proceeding to review the action of defendants in establishing a water district.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

William P. Edel, Plaintiff, v. Hon. Frank A. James, as Justice of Supreme Court for Erie County, etc., Defendant.— Motion for peremptory order of mandamus denied, without costs. Memorandum: From the papers it appears that the Supreme Court acted upon the petition of Lynn Unger and in effect denied the application. If this was erroneous, it could have been corrected by appeal or possibly by a motion for a rehearing. The petition of Lynn Unger could not be made the basis for a further application and the additional affidavit presented on the attempted renewal, if treated as a new petition, was not timely. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.